UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KIMBERLY MILLER, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

THE M JEWELERS INC.,

          Defendant.

------------------------------------- x

No.: 1:22-cv-1372

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), KIMBERLY MILLER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, THE M JEWELERS INC., with prejudice and without fees and costs.

Dated: New York, New York
May 27, 2022

          GOTTLIEB & ASSOCIATES

          /s/Michael A. LaBollita, Esq.

          Michael A. LaBollita, Esq., (ML-9985)
          150 East 18th Street, Suite PHR
          New York, NY 10003
          Phone: (212) 228-9795
          Fax: (212) 982-6284
          Michael@Gottlieb.legal

          *Attorneys for Plaintiffs*

SO ORDERED:

_____
Hon. Ronnie Abrams
05/31/22